DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SANDRA READ,

Appellant,

v.

U.S. BANK TRUST, as trustee for LSF11 MASTER PARTICIPATION
TRUST,

Appellee.

No. 2D20-329

_____

September 24, 2021

Appeal from the Circuit Court for Pinellas County; Thomas M.
Ramsberger, Judge.

Niles B. Whitten of The Law Office of Niles B. Whitten, PLLC,
Gainesville, for Appellant.

Shannon Troutman of Albertelli Law, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.